25 F.3d 1042
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Lawrence WOODS, Plaintiff Appellant,
v.
Michael A. SHEELY, Defendant Appellee.
 No. 94-1252.
 United States Court of Appeals, Fourth Circuit.
 Submitted: May 24, 1994.
Decided: June 13, 1994.
 
 Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-93-260)
 Lawrence Woods, Appellant Pro Se.
 E. Fitzgerald Parnell, III, Weinstein & Sturges, P.A., Charlotte, North Carolina, for Appellee.
 W.D.N.C.
 AFFIRMED.
 Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.
 
 PER CURIAM
 
 1
 Appellant appeals from the district court's order dismissing Appellant's complaint for lack of subject matter jurisdiction. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Woods v. Sheely, No. CA-93-260 (W.D.N.C. Feb. 3, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED